**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 582**

| In the Matter of | Case Number: |
|---|---|
| URB, Inc. v. StartRehab, Inc., Greg Bingham and Robert Bingham, individually | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

URB, Inc.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE BROWN**

| NAME (Type or print) |
|---|
| William E. Meyer, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ William E. Meyer, Jr. |
| FIRM |
| Schiff Hardin LLP |
| STREET ADDRESS |
| 233 S. Wacker Drive, 6600 Sears Tower |
| CITY/STATE/ZIP |
| Chicago/IL/60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6207345 | 312.258.5822 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐