AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

URB, INC.

V.

STARTREHAB, INC., ROBERT BINGHAM
and GREGORY BINGHAM, individually

CASE NUMBER: 08 C 582

ASSIGNED JUDGE: Judge Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE: Judge Geraldine Soat Brown

TO: (Name and address of Defendant)

Robert Bingham
6325 N. Avondale Road
Suite C-2
Chicago, Illinois 60712

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William E. Meyer, Jr.
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

JANNETTE NUNEZ
(By) DEPUTY CLERK

DATE 2/8/08

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 08 C 582
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Daniel Dziedzic**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. ( X ) By leaving a copy with the named party, **Robert Bingham** personally on **February 9, 2008**.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**            RACE: **Caucasian**            APPROXIMATE AGE: **35**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **557 Old Green Bay Rd., Glencoe, IL 60022**
TIME OF DAY: **3:39 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **12th** day of **February 2008**.

Daniel Dziedzic
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08 C 582**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( ) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( ) Subpoena
        ( ) Other:

1. ( ) By leaving a copy with the named party, ------- personally on -------.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: -------        RACE: -------        APPROXIMATE AGE: -------

5. ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: -------
TIME OF DAY: -------

6. ( X ) That he was unable to serve the within named party **Robert Bingham** located at **6325 N. Avondale Rd., Chicago, IL 60712** for the reason: **Attempted service on 2/8/08 @ 1:45pm and per receptionist, Edith, (Female, Hispanic, 35-40) subject is no longer employed at this address. Therefore, I was unable to locate the subject and effect service.**

Signed and Sworn to before me
This **12**th day of **February 2008**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Jason Holinka
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

URB, INC.

V.

STARTREHAB, INC., ROBERT BINGHAM
and GREGORY BINGHAM, individually

CASE NUMBER: 08 C 582

ASSIGNED JUDGE: Judge Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE: Judge Geraldine Soat Brown

TO: (Name and address of Defendant)

Gregory Bingham
6325 N. Avondale Road
Suite C-2
Chicago, Illinois 60712

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William E. Meyer, Jr.
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

JANNETTE NUÑEZ

(By) DEPUTY CLERK

2-8-08

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08 C 582**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Daniel Dziedzic**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( X ) Summons & Complaint
        (   ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        (   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. ( X ) On the within named party, **Gregory Bingham**, by leaving a copy with **Kitty Bingham, Wife**, who states that they are a member of the household on **February 10, 2008**, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on **02/12/2008**.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **36**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1027 Keystone, Riverforest, IL**
TIME OF DAY: **7:09 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **12th** day of **February 2008**.

Daniel Dziedzic
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11