## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 C 582
URB, INC.
   v.
STARTREHAB, INC., ROBERT BINGHAM
and GREGORY BINGHAM, individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GREGORY BINGHAM, Defendant

| | |
|---|---|
| NAME (Type or print)<br>CATHERINE SIMMONS-GILL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Catherine Simmons-Gill | |
| FIRM<br>OFFICES OF CATHERINE SIMMONS-GILL, LLC | |
| STREET ADDRESS<br>221 NORTH LASALLE STREET, SUITE 2036 | |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC # 2159058 | TELEPHONE NUMBER<br>312 609 6611 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>URB, INC.<br>    v.<br>STARTREHAB, INC., ROBERT BINGHAM<br>and GREGORY BINGHAM, individually | Case Number: 08 C 582 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT BINGHAM, Defendant

| |
|---|
| NAME (Type or print)<br>CATHERINE SIMMONS-GILL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Catherine Simmons-Gill |
| FIRM<br>OFFICES OF CATHERINE SIMMONS-GILL, LLC |
| STREET ADDRESS<br>221 NORTH LASALLE STREET, SUITE 2036 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC # 2159058 | TELEPHONE NUMBER<br>312 609 6611 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐