UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **URB, INC.** ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08 C 582 |
| ) | |
| **STARTREHAB, INC, ROBERT** ) | |
| **BINGHAM and GREGORY BINGHAM,** ) | |
| **Individually** ) | Judge Joan B. Gottschall |
| Defendants. ) | |
| ) | Magistrate Judge Geraldine Soat Brown |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the **APPEARANCE of Catherine Simmons-Gill, Offices of Catherine Simmons-Gill, LLC, representing Robert Bingham, Defendant** was served upon the following counsel for parties by filing electronically with the CM/ECF system of the Clerk of the Court for the Northern District of Illinois this 26th day of February 2008 which automatically results in electronic or other service on counsel for all parties.

**William E. Meyer, Jr.**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600 (fax)
wmeyer@schiffhardin.com

**Marla R.Shade**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600 (fax)
mshade@schiffhardin.com

                                              s/Catherine Simmons-Gill
                                              Catherine Simmons-Gill