UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| URB, INC. | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 08 C 582 |
| | ) | |
| STARTREHAB, INC, ROBERT | ) | |
| BINGHAM and GREGORY BINGHAM, | ) | |
| Individually | ) | Judge Joan B. Gottschall |
|     Defendants. | ) | |
| | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| | ) | |

**INDIVIDUAL DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Robert Bingham and Gregory Bingham, by their counsel, Catherine Simmons-Gill, Offices of Catherine Simmons-Gill, LLC, move that the Court extend the time for the individual defendants to answer or otherwise plead in response to the complaint of Plaintiff, Urb, Inc., ("Complaint") and in support of their motion, state as follows:

1. On January 25, 2008, Plaintiff, Urb, Inc.("Plaintiff"), filed a Complaint against defendants StartRehab, Inc., Robert Bingham and Gregory Bingham, alleging trademark infringement, unfair competition, unjust enrichment, deceptive practices and breach of oral contract and seeking injunctive relief and award of damages.

2. On February 8, 2008, the Summons issued by the United States District Court for the Northern District of Illinois to Robert Bingham was served on February 9, 2008.

3. On February 8, 2008 a Summons issued by the United States District Court for the Northern District of Illinois was served on Gregory Bingham on February 10, 2008.

4. Thus, the response of Gregory Bingham to the Complaint is due on February 29, 2008 and the response of Robert Bingham is due on March 3, 2003.

5. To date no service of summons has taken place for the corporate entity StartRehab, Inc.

6. On February 26, 2008, counsel for the individual defendants contacted counsel for Plaintiff and agreed to accept service of process on behalf of the corporate defendant.

7. Counsel for all parties also agreed, subject to the approval of the Court, to extend the time to answer or otherwise plead to the complaint so that all answers could be filed more or less concurrently.

8. Plaintiff does not contest this motion for an extension of time for the individual defendants to answer or otherwise plead to the Complaint.

WHEREFORE, defendants Robert Bingham and Gregory Bingham respectfully request this Honorable Court to extend their time to answer or otherwise plead to Plaintiff's Complaint by thirty (30) days and provide any other such and further relief as this Honorable Court deems just and appropriate.

Respectfully Submitted,

February 27, 2008

By:   s/Catherine Simmons-Gill
       Defendants' Attorney

Catherine Simmons-Gill, Esq.
Offices of Catherine Simmons-Gill
221 North LaSalle Street
Suite 2036
Chicago, IL 60601
Tel: 312 609 6611
ARDC Number 2159058

2