**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **URB, INC.** ) | |
|        **Plaintiff,** ) | |
|    **v.** ) | **Civil Action No. 08 C 582** |
| ) | |
| **STARTREHAB, INC, ROBERT** ) | |
| **BINGHAM and GREGORY BINGHAM,** ) | |
| **Individually** ) | **Judge Joan B. Gottschall** |
|      **Defendants.** ) | |
| ) | **Magistrate Judge Geraldine Soat Brown** |
| ) | |
| ) | |

**NOTICE OF MOTION**

To:

      William E. Meyer, Jr.
      Marla R. Shade
      Schiff Hardin LLP
      6600 Sears Tower
      Chicago, IL 60606

      Please take notice that on Thursday, March 6, 2008, at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan B. Gottschall or any Judge presiding in her stead in Courtroom 2325 and then shall then and there present the **Individual Defendants' Uncontested Motion for an Extension of Time to Answer or otherwise Plead,** a copy of which motion is being filed and served upon you together with this notice.

                               Respectfully Submitted,

February 27, 2008             By:   _____
                                Defendants' Attorney

                                Catherine Simmons-Gill, Esq.
                                Offices of Catherine Simmons-Gill
                                221 North LaSalle Street
                                Suite 2036
                                Chicago, IL 60601
                                Tel: 312 609 6611
                                ARDC Number 2159058