# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 582
URB INC.,
    v.
STARTREHAB, INC., ROBERT BINGHAM
and GREGORY BINGHAM, individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STARTREHAB, INC., Defendant.

| | |
|---|---|
| NAME (Type or print) <br> CATHERINE SIMMONS-GILL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ CATHERINE SIMMONS-GILL | |
| FIRM <br> OFFICES OF CATHERINE SIMMONS-GILL, LLC | |
| STREET ADDRESS <br> 221 NORTH LASALLE STREET, SUITE 2036 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC # 2159058 | TELEPHONE NUMBER <br> 312 609 6611 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |