## CERTIFICATE OF SERVICE

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of the **Motion of Defendant StartRehab, Inc. for Leave of Court to Withdraw Counterclaim and to File in lieu of Withdrawn Counterclaim, Third Party Claim on behalf of itself and of Related Parties against Plaintiff and Parties related to Plaintiff** and related **Notice of Motion** were filed on April 7, 2008 electronically with the Clerk of the Court for the Northern District of Illinois via the CM/ECF system which filing will result in notification of the filings to the attorneys for plaintiff as follows

   **William E. Meyer, Jr.**
   Schiff Hardin LLP
   6600 Sears Tower
   Chicago, IL 60606
   (312)258-5500 (telephone)
   (312)258-5600  (fax)
   wmeyer@schiffhardin.com


   **Marla R. Shade**
   Schiff Hardin LLP
   6600 Sears Tower
   Chicago, IL 60606
   (312)258-5500 (telephone)
   (312)258-5600 (fax)
   mshade@schiffhardin.com


    s/Catherine Simmons-Gill
    Catherine Simmons-Gill