## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| URB, INC. ) | |
|     Plaintiff, ) | |
|   v. ) | Civil Action No. 08 C 582 |
| ) | |
| STARTREHAB, INC., ROBERT ) | |
| BINGHAM and GREGORY BINGHAM, ) | Judge Joan B. Gottschall |
| Individually, ) | |
|     Defendants. ) | Magistrate Judge Geraldine Soat Brown |
| ) | |
| _____ ) | |
| ) | |
| PIONEER SERVICES, LLC and ) | |
| 7303 INCORPORATED ) | |
| d/b/a START REHAB, INC. ) | |
|     Third party plaintiffs, ) | |
|   v. ) | |
| ) | |
| URB, INC., XEZ, INC., and ) | |
| ANTHONY URBANOWSKI, ) | |
|     Third party defendants. ) | |

## NOTICE OF MOTION

To:

    William E. Meyer, Jr.
    Marla R. Shade
    Schiff Hardin LLP
    6600 Sears Tower
    Chicago, IL 60606

Please take notice that on Thursday, April 10, 2008, at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan B. Gottschall or any Judge presiding in her stead in Courtroom 2325 and then shall then and there present the **Motion of Defendant StartRehab, Inc. for Leave of Court to Withdraw Counterclaim and to File in lieu of Withdrawn Counterclaim, Third Party Claim on behalf of itself and of Related Parties against Plaintiff and Parties related to Plaintiff,** a copy of which motion is being filed and served upon you together with this notice.

                            Respectfully Submitted,

April 7, 2008                  By:    <u>s/Catherine Simmons-Gill</u>
                                        Attorney for StartRehab

                                        Catherine Simmons-Gill, Esq.
                                        Offices of Catherine Simmons-Gill
                                        221 North LaSalle Street
                                        Suite 2036
                                        Chicago, IL 60601
                                        Tel: 312 609 6611
                                        ARDC Number 2159058