## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| URB, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STARTREHAB, INC., ROBERT )<br>BINGHAM and GREGORY BINGHAM, )<br>individually, )<br>)<br>Defendants. ) | Case No. 08 C 582 |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION TO WITHDRAW COUNTERCLAIM AND FILE THIRD PARTY CLAIM

Plaintiff Urb, Inc., submits the following response to Defendant StartRehab, Inc.'s "Motion for Leave of Court to Withdraw Counterclaim and to File in Lieu of Withdrawn Counterclaim Third Party Claim on Behalf of Itself and of Related Parties Against Plaintiff and Parties Related to Plaintiff" [Document 17].

Without waiving any of its rights or obligations, Plaintiff Urb, Inc. does not oppose said motion.

Dated:   April 9, 2008               URB, INC.

                                     By: /s/ Marla Shade Harris
                                     One of Its Attorneys

                                     William E. Meyer, Jr.
                                     Marla R. Shade
                                     SCHIFF HARDIN LLP
                                     6600 Sears Tower
                                     Chicago, Illinois 60606
                                     (312) 258-5500 (telephone)
                                     (312) 258-5600 (fax)
                                     wmeyer@schiffhardin.com
                                     mshade@schiffhardin.com

**CERTIFICATE OF SERVICE**

  The undersigned attorney, Marla Shade Harris, certifies that she served a true and correct copy of Plaintiff's Response to Defendant StartRehab, Inc.'s "Motion for Leave of Court to Withdraw Counterclaim and to File in Lieu of Withdrawn Counterclaim Third Party Claim on Behalf of Itself and of Related Parties Against Plaintiff and Parties Related to Plaintiff" upon the attorney listed below via the CM/ECF on April 9, 2008:

    Catherine Simmons-Gill, Esq.
    221 North LaSalle Street
    Suite 2036
    Chicago Illinois 60601
    Fax: 312-609-6610
    Email: catherine@simmonsgill.com

    /s/ Marla Shade Harris