# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 582 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Urb, Inc. vs. Startrehab, Inc. | | |

**DOCKET ENTRY TEXT**

Motion of Defendant Startrehab, Inc. for leave of court to withdraw counterclaim and to file in lieu of withdrawn counterclaim third party claim on behalf of itself and of related parties against Plaintiff and Parties related to Plaintiff [17] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|