**EXHIBIT 1**



# URB. INC.

**WITH JUST $5,000 DOWN YOU CAN REHAB PROPERTIES LIKE THESE & MAKE THOUSANDS!**

847-673-7097

3/4/04

### Single Family

| Address | Type | Price |
|---|---|---|
| 11809 S. Sangamon | FR, 2,4 | $52,000 |
| 10938 S. Edbrooke | FR,2,5 | $53,000 |
| 1525 S. Kildare | FR,3,6 | $55,000 |
| 6617 S. Aberdeen | FR,4,6 | $59,000 |
| 21 E. 117th Pl. | FR,3,5 | $60,000 |
| 5600 S. Lafayette | FR,2,5 | $60,000 |
| 6931 S. Aberdeen | FR,5,10 | $64,000 |
| 10129 S. Wentworth | FR,3,7 | $68,000 |
| 5539 S. Hoyne | FR,6,10 | $69,000 |
| 4006 W. 16th St. | FR,3,5 | $69,000 |
| 7921 S. Escanaba | FR,3,6 | $70,000 |
| 6704 S. St.Lawrence | BR,3,6 | $75,000 |
| 2536 E. 97th Pl. | BR,2,* | $95,000 |
| 9523 S. Princeton | FR,2,5 | $58,000 |
| 6926 S. Eggleston | FR,3,8 | $62,000 |
| 12223 S. Normal | FR,3,8 | $75,000 |
| 426 N. Lawndale | BR,4,* | $85,000 |

*Information provided as Available.
**Part or all of building occupied.

### Multi Family

| Address | Type | Price |
|---|---|---|
| 8338 S. Buffalo | FR,2+2+2,12 | $82,000 |
| 9232 S. Dobson^ | FR,2+2+1,* | $100,000 |
| 6000 S. Aberdeen^ | BR,Multi | $125,000 |
| 4235 W. Fillmore^ | BR,3+3,12 | $185,000 |
| 125 N. Pine^ | BR,2+2+2+2 | $189,000 |
| 8746 S. Halsted | FR,3+2,10 | $60,000 |
| 6121 S. Peoria | FR,2+1,* | $67,000 |
| 10514 Ave. L | FR,2+2,12 | $88,000 |
| 6836 S. Prairie^ | BR,2+2,10 | $150,000 |
| 2836 W. Wilcox^ | BR,3+3,* | $184,000 |

^Larger down payment required

## BUY IT, FIX IT
### THEN
## SELL IT, RENT IT OR LIVE IN IT

Visit us at WWW.URBINC.COM

7303 N. Cicero Ave., Suite B, Lincolnwood, IL 60712   (Phone) 847/673-7097   (Fax) 847/673-7095