## **CERTIFICATE OF SERVICE**

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of **Third Party Claim of Related Parties** was filed on April 15, 2008 electronically with the Clerk of the Court for the Northern District of Illinois via the CM/ECF system which filing will result in notification of the filings to the attorneys for plaintiff/counter defendant Urb, Inc. as follows**:**

**William E. Meyer, Jr.**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600  (fax)
wmeyer@schiffhardin.com


**Marla R. Shade**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600  (fax)
mshade@schiffhardin.com

   s/Catherine Simmons-Gill
   Catherine Simmons-Gill