UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| URB, INC. | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 08 C 582 |
| | ) | |
| STARTREHAB, INC., ROBERT BINGHAM and GREGORY BINGHAM, Individually, | ) ) ) | Judge Joan B. Gottschall |
|     Defendants. | ) | Magistrate Judge Geraldine Soat Brown |
| | ) ) | |
| PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a START REHAB, INC. | ) ) ) | |
|     Third party plaintiffs, | ) | |
| v. | ) ) | |
| URB, INC., XEZ, INC., and ANTHONY URBANOWSKI, | ) ) | |
|     Third party defendants. | ) | |

**NOTICE OF FILING OF
THIRD PARTY COMPLAINT**

PLEASE TAKE NOTICE that on this 15th day of April, 2008, we have filed with the Clerk of the United States District Court for the Northern District Of Illinois, a Third Party Complaint.

                                                      Respectfully Submitted,

April 15, 2008                    By:    _s/Catherine Simmons-Gill
                                                    Attorney for Defendants and
                                                    Third Party Claimants

                                                    Catherine Simmons-Gill, Esq.
                                                    Offices of Catherine Simmons-Gill
                                                    221 North LaSalle Street
                                                    Suite 2036
                                                    Chicago, IL 60601
                                                    Tel: 312 609 6611
                                                    ARDC Number 2159058