## <u>CERTIFICATE OF SERVICE</u>

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of the **NOTICE OF FILING OF THIRD PARTY COMPLAINT** was served upon the following counsels for Plaintiff by first class mail postage prepaid this 15TH day of April 2008 at the following address:

**William E. Meyer, Jr.**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600 (fax)
wmeyer@schiffhardin.com


**Marla R. Shade**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600  (fax)
mshade@schiffhardin.com



  s/Catherine Simmons-Gill
Catherine Simmons-Gill