## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| URB, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 582 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| STARTREHAB, INC., ROBERT BINGHAM and GREGORY BINGHAM, individually, | ) ) ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/ STARTREHAB, INC. | ) ) ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URB, INC., XEZ, INC. and ANTHONY URBANOWSKI, | ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

### JOINT MOTION FOR AN AGREED ORDER

The Plaintiff, Urb, Inc., Defendants StartRehab, Inc., Robert Bingham, and Gregory Bingham, Third-Party Plaintiffs Pioneer Services, LLC and 7303 Incorporated d/b/a StartRehab, Inc. and Third-Party Defendants, Urb, Inc., XEZ, Inc. and Anthony Urbanowski ("the Parties"), by and through their respective counsel, jointly move this Court for entry of an agreed order as follows:

1.  This Court held an Initial Status hearing in this matter on April 16, 2006. At that hearing, several suggested and agreed dates were reported to and approved by this Court. The purpose of this Joint Motion is to request the Court's formal approval of those dates by the entry of an order memorializing them.

2.  The Parties have agreed and the Court orally approved that the time for Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski to submit their respective answers or other responses to the Third-Party Complaint is extended to May 12, 2008.

3.  The Parties have agreed and the Court orally approved that the schedule to conduct discovery should proceed as set forth below:

| | |
|---|---|
| First set of document requests and interrogatories to be served | June 13, 2008 |
| Motions to amend pleadings or join additional parties shall be filed on or before | October 13, 2008 |
| Fact Discovery Closes | December 15, 2008 |
| Experts Reports Due | January 16, 2009 |
| Rebuttal Expert Reports Due | February 28, 2009 |
| Expert Discovery Close | April 15, 2009 |
| Dispositive Motions Due | May18, 2009 |
| Trial Begins | Per the Court's order and Schedule |

4.       The parties request that this Court enter their agreed order, a copy of which is attached hereto as Exhibit A.

DATED: April 28, 2008

| URB, INC., XEZ, INC., and ANTHONY URBANOWSKI | STARTREHAB, GREGORY BINGHAM, & ROBERT BINGHAM, PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/STARTREHAB, INC. |
|---|---|
| By: /s/ Marla R. Shade<br>Attorney for Plaintiff/Third-Party Defendants | By: /s/ Catherine Simmons-Gill<br>Attorney for Defendants/Third-Party Plaintiffs |
| William E. Meyer, Jr.<br>Marla R. Shade<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, Illinois 60606<br>(312) 258-5500 (telephone)<br>(312) 258-5600 (fax)<br>wmeyer@schiffhardin.com<br>mshade@schiffhardin.com | Catherine Simmons-Gill, Esq.<br>221 North LaSalle Street<br>Suite 2036<br>Chicago Illinois 60601<br>312-609-6611 (telephone)<br>312-609-6610 (fax)<br>simmonsgill@gmail.com |