**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **URB, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 08 C 582** |
| | ) | |
| **v.** | ) | **Judge Joan B. Gottschall** |
| | ) | |
| **STARTREHAB, INC., ROBERT BINGHAM and GREGORY BINGHAM, individually,** | ) ) ) | **Magistrate Judge Geraldine Soat Brown** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/ STARTREHAB, INC.** | ) ) ) | |
| | ) | |
| **Third-Party Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **URB, INC., XEZ, INC. and ANTHONY URBANOWSKI,** | ) ) | |
| | ) | |
| **Third-Party Defendants.** | ) | |

**AGREED ORDER**

This cause coming on to be heard, all parties having due notice and in agreement, and this Court being first fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1.     The time for Third-Party Defendants URB, Inc., XEZ, Inc. and Anthony Urbanowski to submit their respective answers or other responses to the Third-Party Complaint is extended to May 12, 2008.

2.    The Parties shall conduct discovery pursuant to the following schedule:

| | |
|---|---|
| First set of document requests and interrogatories to be served | June 13, 2008 |
| Motions to amend pleadings or join additional parties shall be filed on or before | October 13, 2008 |
| Fact Discovery Closes | December 15, 2008 |
| Experts Reports Due | January 16, 2009 |
| Rebuttal Expert Reports Due | February 28, 2009 |
| Expert Discovery Close | April 15, 2009 |
| Dispositive Motions Due | May18, 2009 |
| Trial Begins | Per the Court's order and Schedule |

Agreed to this 28th Day of April, 2008:

URB, INC., XEZ, INC., and ANTHONY URBANOWSKI

STARTREHAB, GREGORY BINGHAM, & ROBERT BINGHAM, PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/STARTREHAB, INC.


By:  /s/ Marla R. Shade
Attorney for Plaintiff/Third-Party Defendants

By: /s/ Catherine Simmons-Gill
Attorney for Defendants/Third-Party Plaintiffs

William E. Meyer, Jr.
Marla R. Shade
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (fax)
wmeyer@schiffhardin.com
mshade@schiffhardin.com

Catherine Simmons-Gill, Esq.
221 North LaSalle Street
Suite 2036
Chicago Illinois 60601
312-609-6611 (telephone)
312-609-6610 (fax)
simmonsgill@gmail.com


Enter:  JUDGE JOAN B. GOTTSCHALL