AO 440 (Rev. 05/00) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

~~THIRD PART~~ SUMMONS IN A CIVIL CASE

Urb, Inc. et al.,   Plaintiffs
v.
StartRehab et al.,   Defendants

V.

Pioneer Services LLC et al., Third party claimants
v.
Urb. Inc. et al., Third Party Defendants

CASE NUMBER: 08 C 582

ASSIGNED JUDGE: Gottschall

DESIGNATED MAGISTRATE JUDGE: Soat Brown

TO: (Name and address of Defendant)

Anthony Urbanowski
7250 North Cicero Ave, Suite 100
Lincolnwood, IL 60712

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine Simmons-Gill
Offices of Catherine Simmons-Gill
221 North LaSalle Street
Suite 2036
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*Travis Grammer*
(By) DEPUTY CLERK

APR 16 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | April 18, 2008 |
| NAME OF SERVER *(PRINT)* CATHERINE SIMMONS-GILL | TITLE Counsel for Third Party Claimants |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Per agreement with counsel for plaintiff / third party defendant, Complaint and Summons served FedEx Ground on counsel at Schiff Hardin LLP, 6600 Sears Tower, Chicago, Illinois 60606, on April 18, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/22/08
              Date

Signature of Server

221 N. LaSalle St
Suite 2036
Chicago, IL 60601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.