UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

URB Inc

                Plaintiff,

v.                                                             Case No.: 1:08−cv−00582
                                                                  Honorable Joan B. Gottschall

Startrehab Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Joint Motion for an agreed order [25] is granted. First set of document requests and interrogatories to be served by 6/13/2008. Motions to amend pleadings or join additional parties shall be filed on or before 10/13/2008. Fact discovery closes 12/15/2008. Experts Reports due 1/16/2009. Rebuttal expert reports due by 2/28/2009. Expert discovery ordered closed by 4/15/2009. Status hearing set for 7/9/2008 is stricken and reset to 4/22/2009 at 09:30 AM. Dispositive motions with supporting memoranda due by 5/18/2009.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.