**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **URB, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 08 C 582** |
| | ) | |
| **v.** | ) | Judge Joan B. Gottschall |
| | ) | |
| **STARTREHAB, INC., ROBERT** | ) | **Magistrate Judge Geraldine Soat Brown** |
| **BINGHAM and GREGORY BINGHAM,** | ) | |
| **individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| **PIONEER SERVICES, LLC and 7303** | ) | |
| **INCORPORATED d/b/a/ STARTREHAB,** | ) | |
| **INC.** | ) | |
| | ) | |
| **Third-Party Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **URB, INC., XEZ, INC. and** | ) | |
| **ANTHONY URBANOWSKI,** | ) | |
| | ) | |
| **Third-Party Defendants.** | ) | |

## NOTICE OF MOTION

On Thursday, May 15, 2008, at 9:30 a.m., Third-Party Defendants' counsel will appear before the Honorable Judge Joan B. Gottschall or any Judge sitting in her stead in Court Room Number 2325 at the United States District Courthouse for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, to present the Third-Party Defendants' Motion and Memorandum of Law in Support of their Motion to Dismiss.

DATED: May 12, 2008

URB, INC., XEZ, INC., and ANTHONY
URBANOWSKI

By: /s/ Marla R. Shade
Attorney for Plaintiff/Third-Party Defendants

William E. Meyer, Jr.
Marla R. Shade
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (fax)
wmeyer@schiffhardin.com
mshade@schiffhardin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2008, I caused the Third-Party Defendants' Motion and Memorandum of Law in Support of their Motion to Dismiss and the Notice of Motion to be electronically filed through the Court's ECF system and to be served on the following counsel of record by the means indicated:

**<u>By ECF and Facsimile:</u>**

Catherine Simmons-Gill, Esq.
221 North LaSalle Street
Suite 2036
Chicago Illinois 60601
312-609-6611 (telephone)
312-609-6610 (fax)
simmonsgill@gmail.com

/s/ Marla R. Shade