## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

URB Inc

                Plaintiff,

v.

Startrehab Inc, et al.

                Defendant.

Case No.: 1:08−cv−00582
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

    MINUTE entry before Judge Honorable Joan B. Gottschall: Briefing schedule as to MOTION by Plaintiff URB Inc, Third Party Defendants XEZ, Inc., Anthony Urbanowski, URB, Inc. to dismiss [30] is as follows :( Responses due by 6/12/2008, Replies due by 6/26/2008. Ruling by mail. ) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.