IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| URB, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 582 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| STARTREHAB, INC., ROBERT BINGHAM and GREGORY BINGHAM, individually, | ) ) ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/ STARTREHAB, INC. | ) ) ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URB, INC., XEZ, INC. and ANTHONY URBANOWSKI, | ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**JOINT MOTION FOR AN AGREED ORDER**

The Plaintiff, Urb, Inc.; Defendants StartRehab, Inc., Robert Bingham, and Gregory Bingham; Third-Party Plaintiffs Pioneer Services, LLC and 7303 Incorporated d/b/a StartRehab, Inc.; and Third-Party Defendants, Urb, Inc., XEZ, Inc. and Anthony Urbanowski ("the Parties"), by and through their respective counsel, jointly move this Court for entry of an agreed order extending discovery 90 days as follows:

1. On May 1, 2008, this Court granted the Parties Joint Motion for an Agreed Order scheduling various dates including issuance of first written discovery, close of fact discovery, etc.

2. Thereafter, Defendants filed their answers and a Third Party Claim was filed as well.

3. Counter-defendants filed a Motion to Dismiss the Third Party Claim pursuant Fed R. Civ. P. Rule 12(b) on May 12, 2008.

4. Pursuant to order of this Court, Counter-Plaintiffs' Response to the Motion to Dismiss is due on June 12, 2008 and Counter-Defendants' Reply on June 26, 2008. The first written discovery requests are due under the current schedule to be served by the Parties on June 13, 2008.

5. The pendency of the motion and briefing schedule, however, means that the claims are not fully at issue and pursuing written discovery at this point would not be time or cost effective for the Parties or for the Court.

6. In addition, the Parties are continuing to discuss and explore the possibility of using a private mediator to resolve this matter.

7. The Parties continue to gather and obtain documents, some of which are agreed by the parties to be important but currently unavailable, to facilitate a mediation session or other means of resolution.

8.　　In light of the above-stated reasons, the Parties respectfully request that the schedule to conduct discovery be extended 90 days as set forth below:

| | |
|---|---|
| First set of document requests and interrogatories to be served | September 13, 2008 |
| Motions to amend pleadings or join additional parties shall be filed on or before | January 12, 2009 |
| Fact Discovery Closes | March 16, 2009 |
| Experts Reports Due | April 16, 2009 |
| Rebuttal Expert Reports Due | May 28, 2009 |
| Expert Discovery Close | July 15, 2009 |
| Dispositive Motions Due | August 17, 2009 |
| Trial Begins | Per the Court's order and Schedule |

9.　　The parties request that this Court enter their agreed order, a copy of which is attached hereto as Exhibit A.

DATED: June 9, 2008

| | |
|---|---|
| URB, INC., XEZ, INC., and ANTHONY URBANOWSKI | STARTREHAB, GREGORY BINGHAM, & ROBERT BINGHAM, PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/STARTREHAB, INC. |
| By: /s/ Marla R. Shade<br>Attorney for Plaintiff/Third-Party Defendants | By: /s/ Catherine Simmons-Gill<br>Attorney for Defendants/Third-Party Plaintiffs |
| William E. Meyer, Jr.<br>Marla R. Shade<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, Illinois 60606<br>(312) 258-5500 (telephone)<br>(312) 258-5600 (fax)<br>wmeyer@schiffhardin.com<br>mshade@schiffhardin.com | Catherine Simmons-Gill, Esq.<br>221 North LaSalle Street<br>Suite 2036<br>Chicago Illinois 60601<br>312-609-6611 (telephone)<br>312-609-6610 (fax)<br>simmonsgill@gmail.com |

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **URB, INC.** ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 582 |
| ) | |
| v. ) | Judge Joan B. Gottschall |
| ) | |
| **STARTREHAB, INC., ROBERT** ) | Magistrate Judge Geraldine Soat Brown |
| **BINGHAM and GREGORY BINGHAM,** ) | |
| **individually,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| **PIONEER SERVICES, LLC and 7303** ) | |
| **INCORPORATED d/b/a/ STARTREHAB,** ) | |
| **INC.** ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **URB, INC., XEZ, INC. and** ) | |
| **ANTHONY URBANOWSKI,** ) | |
| ) | |
| Third-Party Defendants. ) | |

## AGREED ORDER

This cause coming on to be heard, all parties having due notice and in agreement, and this Court being first fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

5

1.  The Parties shall conduct discovery pursuant to the following schedule:

| | |
|---|---|
| First set of document requests and interrogatories to be served | September 13, 2008 |
| Motions to amend pleadings or join additional parties shall be filed on or before | January 12, 2009 |
| Fact Discovery Closes | March 16, 2009 |
| Experts Reports Due | April 16, 2009 |
| Rebuttal Expert Reports Due | May 28, 2009 |
| Expert Discovery Close | July 15, 2009 |
| Dispositive Motions Due | August 17, 2009 |
| Trial Begins | Per the Court's order and Schedule |

Ordered this ____day of June, 2008:

| | |
|---|---|
| URB, INC., XEZ, INC., and ANTHONY URBANOWSKI | STARTREHAB, GREGORY BINGHAM, & ROBERT BINGHAM, PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/STARTREHAB, INC. |
| By: /s/ Marla R. Shade<br>Attorney for Plaintiff/Third-Party Defendants | By: /s/ Catherine Simmons-Gill<br>Attorney for Defendants/Third-Party Plaintiffs |
| William E. Meyer, Jr.<br>Marla R. Shade<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, Illinois 60606<br>(312) 258-5500 (telephone)<br>(312) 258-5600 (fax)<br>wmeyer@schiffhardin.com<br>mshade@schiffhardin.com | Catherine Simmons-Gill, Esq.<br>221 North LaSalle Street<br>Suite 2036<br>Chicago Illinois 60601<br>312-609-6611 (telephone)<br>312-609-6610 (fax)<br>simmonsgill@gmail.com |

**Enter:  JUDGE JOAN B. GOTTSCHALL**