UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| URB, INC. | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 08 C 582 |
| | ) | |
| STARTREHAB, INC., ROBERT | ) | |
| BINGHAM and GREGORY BINGHAM, | ) | Judge Joan B. Gottschall |
| Individually, | ) | |
|     Defendants. | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| | ) | |
| PIONEER SERVICES, LLC and | ) | |
| 7303 INCORPORATED | ) | |
| d/b/a START REHAB, INC. | ) | |
|     Third party plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| URB, INC., XEZ, INC., and | ) | |
| ANTHONY URBANOWSKI, | ) | |
|     Third party defendants. | ) | |

## NOTICE OF MOTION

To:

    William E. Meyer, Jr.
    Marla R. Shade
    Schiff Hardin LLP
    6600 Sears Tower
    Chicago, IL 60606

    Please take notice that on Thursday, June 17, 2008, at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan B. Gottschall or any Judge presiding in her stead in Courtroom 2325 and then shall then and there present the **Third Party Plaintiffs' Motion for Leave to File their Amended Third Party Claim of Related Parties,** a copy of which motion is being filed and served upon you together with this notice.

                                                  Respectfully Submitted,

June 12, 2008                                   By:    /s/Catherine Simmons-Gill
                                                                     Attorney for Third Party Plaintiffs

Catherine Simmons-Gill, Esq.
Offices of Catherine Simmons-Gill
221 North LaSalle Street
Suite 2036
Chicago, IL 60601
Tel: 312 609 6611
ARDC Number 2159058