## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 582 | **DATE** | 6/11/2008 |
| **CASE TITLE** | URB Inc vs. Startrehab Inc, et al | | |

The parties Joint Motion for an Agreed Order [34] is granted. Enter Agreed Order as follows: First set of document requests and interrogatories to be served by 9/12/2008. Motions to amend pleadings or join additional parties to be filed by 1/12/2009. Fact discovery to close on 3/16/2009. Expert Reports to be submitted by 4/16/2009. Rebuttal Expert Reports to be submitted by 5/28/2009. Expert discovery to close by 7/15/2009. Dispositive motions to be filed by 8/17/2009. Status hearing set for 4/22/2009 at 9:30 a.m. stands. No appearance is required on 6/12/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|