IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| URB, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 582 |
| ) | |
| v. ) | Judge Joan B. Gottschall |
| ) | |
| STARTREHAB, INC., ROBERT ) | Magistrate Judge Geraldine Soat Brown |
| BINGHAM and GREGORY BINGHAM, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| PIONEER SERVICES, LLC and 7303 ) | |
| INCORPORATED d/b/a/ STARTREHAB, ) | |
| INC. ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| URB, INC., XEZ, INC. and ) | |
| ANTHONY URBANOWSKI, ) | |
| ) | |
| Third-Party Defendants. ) | |

## AGREED ORDER

This cause coming on to be heard, all parties having due notice and in agreement, and this Court being first fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

5

1. The Parties shall conduct discovery pursuant to the following schedule:

| | |
|---|---|
| First set of document requests and interrogatories to be served | September 13, 2008 |
| Motions to amend pleadings or join additional parties shall be filed on or before | January 12, 2009 |
| Fact Discovery Closes | March 16, 2009 |
| Experts Reports Due | April 16, 2009 |
| Rebuttal Expert Reports Due | May 28, 2009 |
| Expert Discovery Close | July 15, 2009 |
| Dispositive Motions Due | August 17, 2009 |
| Trial Begins | Per the Court's order and Schedule |

Ordered this ____ day of June, 2008:

| | |
|---|---|
| URB, INC., XEZ, INC., and ANTHONY URBANOWSKI | STARTREHAB, GREGORY BINGHAM, & ROBERT BINGHAM, PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/STARTREHAB, INC. |
| By: /s/ Marla R. Shade<br>Attorney for Plaintiff/Third-Party Defendants | By: /s/ Catherine Simmons-Gill<br>Attorney for Defendants/Third-Party Plaintiffs |
| William E. Meyer, Jr.<br>Marla R. Shade<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, Illinois 60606<br>(312) 258-5500 (telephone)<br>(312) 258-5600 (fax)<br>wmeyer@schiffhardin.com<br>mshade@schiffhardin.com | Catherine Simmons-Gill, Esq.<br>221 North LaSalle Street<br>Suite 2036<br>Chicago Illinois 60601<br>312-609-6611 (telephone)<br>312-609-6610 (fax)<br>simmonsgill@gmail.com |

Enter: **JUDGE JOAN B. GOTTSCHALL**

CH2\2542483.1