## CERTIFICATE OF SERVICE

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of the Revised Notice of Motion relating to Third Party Plaintiffs' Motion for Leave to File the Amended Third Party Claim of Related Parties was served upon the following counsels for third party defendants on June 13, 2008 by facsimile and electronic service through the CM/ECF system of the Clerk of the Court of the Northern District of Illinois at the following contacts:

**William E. Meyer, Jr.**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600 (fax)
wmeyer@schiffhardin.com

**Marla R. Shade**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600  (fax)
mshade@schiffhardin.com

    /s/Catherine Simmons-Gill
Catherine Simmons-Gill