**CERTIFICATE OF SERVICE**

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of the Amended Third Party Claim of Related Parties and the related Notice of Filing were served upon the following counsels for third party defendants on June 19, 2008 by facsimile and electronic service through the CM/ECF system of the Clerk of the Court of the Northern District of Illinois at the following contacts:

**William E. Meyer, Jr.**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600 (fax)
wmeyer@schiffhardin.com

**Marla R. Shade**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500 (telephone)
(312)258-5600 (fax)
mshade@schiffhardin.com

    /s/Catherine Simmons-Gill
    Catherine Simmons-Gill