UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| URB, INC. ) | |
|     Plaintiff, ) | |
|   v. ) | **Civil Action No. 08 C 582** |
| ) | |
| STARTREHAB, INC., ROBERT ) | |
| BINGHAM and GREGORY BINGHAM, ) | **Judge Joan B. Gottschall** |
| Individually, ) | |
|     Defendants. ) | **Magistrate Judge Geraldine Soat Brown** |
| ) | |
| ) | |
| PIONEER SERVICES, LLC and ) | |
| 7303 INCORPORATED ) | |
| d/b/a START REHAB, INC. ) | |
|     Third party plaintiffs, ) | |
|   v. ) | |
| ) | |
| URB, INC., XEZ, INC., and ) | |
| ANTHONY URBANOWSKI, ) | |
|     Third party defendants. ) | |

## NOTICE OF FILING OF
## AMENDED THIRD PARTY CLAIM OF RELATED PARTIES

PLEASE TAKE NOTICE that on this 19th day of June, 2008, we have filed with the Clerk of the United States District Court for the Northern District Of Illinois pursuant to leave of Court, the Amended Third Party Claim of Related Parties.

                                                                                                Respectfully Submitted,

June 19, 2008                               By:    /s/Catherine Simmons-Gill
                                                                                     Attorney for Defendants and
                                                                                      Third Party Claimants

                                                                                       Catherine Simmons-Gill, Esq.
                                                                                      Offices of Catherine Simmons-Gill
                                                                                      221 North LaSalle Street
                                                                                      Suite 2036
                                                                                      Chicago, IL 60601
                                                                                      Tel: 312 609 6611
                                                                                      ARDC Number 2159058