## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

URB Inc

                    Plaintiff,

v.                                        Case No.: 1:08−cv−00582
                                                Honorable Joan B. Gottschall

Startrehab Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: MOTION by ThirdParty Plaintiff 7303 Incorporated d/b/a Start Rehab Inc. for leave to file Amended Third Party Claim of Related Parties [36] is granted. Motion hearing held on 6/19/2008. Defendants to answer or otherwise plead by 7/21/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.