## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| URB, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 582 |
| ) | |
| v. ) | Judge Joan B. Gottschall |
| ) | |
| STARTREHAB, INC., ROBERT ) | Magistrate Judge Geraldine Soat Brown |
| BINGHAM and GREGORY ) | |
| BINGHAM, individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| PIONEER SERVICES, LLC and 7303 ) | |
| INCORPORATED d/b/a/ ) | |
| STARTREHAB, INC. ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| URB, INC. and ) | |
| ANTHONY URBANOWSKI ) | |
| ) | |
| Third-Party Defendants. ) | |

## JOINT MOTION FOR AN AGREED ORDER

The Plaintiff, Urb, Inc., Defendants StartRehab, Inc., Robert Bingham, and Gregory Bingham, Third-Party Plaintiffs Pioneer Services, LLC and 7303 Incorporated d/b/a StartRehab, Inc. and Third-Party Defendants, Urb, Inc. and Anthony Urbanowski ("the Parties"), by and through their respective counsel, jointly and respectfully move this Court for entry of an agreed order as follows:

1.  Plaintiff, Urb, Inc./Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski filed a Motion to Dismiss for Failure to State a Claim and Failure to Plead with Requisite Specificity on May 12, 2008.

2.      In response, Defendants StartRehab, Inc., Robert Bingham, and Gregory Bingham/Third-Party Plaintiffs Pioneer Services, LLC and 7303 Incorporated d/b/a StartRehab, Inc. filed an Amended Complaint on June 12, 2008.

3.      The Parties have agreed that Plaintiff, Urb, Inc./Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski shall submit their respective joint answer or other response to the Amended Third-Party Complaint by July 17, 2008.

4.      The Parties have further agreed that Defendants StartRehab, Inc., Robert Bingham, and Gregory Bingham/Third-Party Plaintiffs Pioneer Services, LLC and 7303 Incorporated d/b/a StartRehab, Inc. shall submit their joint response, if any is required, by August 7, 2008.

5.      Finally, the Parties have agreed that Plaintiff, Urb, Inc./Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski shall submit their respective joint reply or other response by August 29, 2008.

6.      The Parties suggest Thursday, September 4, 2008 as the next status date for this matter.

7.      The Parties request that this Court enter their agreed order, a copy of which is attached hereto as Exhibit A.

DATED: June 26, 2008

| URB, INC., XEZ, INC., and ANTHONY URBANOWSKI | STARTREHAB, GREGORY BINGHAM, & ROBERT BINGHAM, PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/STARTREHAB, INC. |
|---|---|
| By: /s/ Marla R. Shade<br>Attorney for Plaintiff/Third-Party Defendants | By: /s/ Catherine Simmons-Gill<br>Attorney for Defendants/Third-Party Plaintiffs |
| William E. Meyer, Jr.<br>Marla R. Shade<br>SCHIFF HARDIN LLP | Catherine Simmons-Gill, Esq.<br>221 North LaSalle Street<br>Suite 2036 |

6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (fax)
wmeyer@schiffhardin.com
mshade@schiffhardin.com

Chicago Illinois 60601
312-609-6611 (telephone)
312-609-6610 (fax)
catherine@simmonsgill.com

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| URB, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 08 C 582 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| STARTREHAB, INC., ROBERT | ) | Magistrate Judge Geraldine Soat Brown |
| BINGHAM and GREGORY | ) | |
| BINGHAM, individually, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| | ) | |
| PIONEER SERVICES, LLC and 7303 | ) | |
| INCORPORATED d/b/a/ | ) | |
| STARTREHAB, INC. | ) | |
| | ) | |
|     Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URB, INC. and | ) | |
| ANTHONY URBANOWSKI | ) | |
| | ) | |
|     Third-Party Defendants. | ) | |

## **AGREED ORDER**

This cause coming on to be heard, all parties having due notice and in agreement, and this Court being first fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff, Urb, Inc./Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski shall submit their respective answer or other response to the First Amended Third-Party Complaint by <u>July 17, 2008</u>.

2. Defendants StartRehab, Inc., Robert Bingham, and Gregory Bingham/Third-Party Plaintiffs Pioneer Services, LLC and 7303 Incorporated d/b/a StartRehab, Inc. shall submit their respective response, if any is required, by <u>August 7, 2008</u>.

3. Plaintiff, Urb, Inc./Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski shall submit their respective replies or other responses by <u>August 29, 2008</u>.

4. The Parties to appear for status on Thursday, September 4, 2008.

*So ordered this ____th Day of June, 2008:*

                                            **Enter:  JUDGE JOAN B. GOTTSCHALL**