**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| URB, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 582 |
| | ) | |
| v. | ) | **Judge Joan B. Gottschall** |
| | ) | |
| STARTREHAB, INC., ROBERT BINGHAM and GREGORY BINGHAM, individually, | ) ) ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/ STARTREHAB, INC. | ) ) ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URB, INC., XEZ, INC. and ANTHONY URBANOWSKI, | ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**NOTICE OF MOTION**

On Thursday, July 3, 2008, at 9:30 a.m., the Parties' counsel will appear before the Honorable Judge Joan B. Gottschall or any Judge sitting in her stead in Court Room Number 2325 at the United States District Courthouse for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, to present the Parties' Joint Motion for Agreed Order for Briefing Schedule.

DATED: June 26, 2008

| | |
|---|---|
| URB, INC., XEZ, INC., and ANTHONY URBANOWSKI | STARTREHAB, GREGORY BINGHAM, & ROBERT BINGHAM, PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/STARTREHAB, INC. |
| By:  /s/ Marla R. Shade<br>Attorney for Plaintiff/Third-Party Defendants | By: /s/ Catherine Simmons-Gill<br>Attorney for Defendants/Third-Party Plaintiffs |
| William E. Meyer, Jr.<br>Marla R. Shade<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, Illinois 60606<br>(312) 258-5500 (telephone)<br>(312) 258-5600 (fax)<br>wmeyer@schiffhardin.com<br>mshade@schiffhardin.com | Catherine Simmons-Gill, Esq.<br>221 North LaSalle Street<br>Suite 2036<br>Chicago Illinois 60601<br>312-609-6611 (telephone)<br>312-609-6610 (fax)<br>simmonsgill@gmail.com |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 26, 2008, I caused the Joint Motion for Agreed Order for Briefing Schedule and the Notice of Motion to be electronically filed through the Court's ECF system and to be served on the following counsel of record by the means indicated:

**By ECF and Facsimile:**

Catherine Simmons-Gill, Esq.
221 North LaSalle Street
Suite 2036
Chicago Illinois 60601
312-609-6611 (telephone)
312-609-6610 (fax)
simmonsgill@gmail.com

                /s/ Marla R. Shade