Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 582 | DATE | 7/3/2008 |
| CASE TITLE | URB, Inc. Vs. Startrehab, Inc., et al | | |

**DOCKET ENTRY TEXT**

Joint motion for an agreed order [44] is granted. Enter Agreed Order. Plaintiff, Urby, Inc./Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski to answer or otherwise plead to first amended third-party complaint by 7/17/08. Defendants StartRehab, Inc., Robert Bingham, and Gregory Bingham/Third-Party Plaintiffs Pioneer Services, LLC and 7303 Incorporated d/b/a StartRehab, Inc to file response, if any, by 8/7/08. Plaintiff/Third-Party Defendants to file replies or other responses by 8/29/08. Status hearing set for 9/4/08 at 9:30AM as requested by the parties.

Docketing to mail notices.

FILED
2008 JUL -7 PM 12:05
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|