IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| URB, INC., | ) |
| Plaintiff, | ) Case No. 08 C 582 |
| v. | ) Judge Joan B. Gottschall |
| STARTREHAB, INC., ROBERT BINGHAM and GREGORY BINGHAM, individually, | ) Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) |
| PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/ STARTREHAB, INC. | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| URB, INC. and ANTHONY URBANOWSKI | ) |
| Third-Party Defendants. | ) |

## AGREED ORDER

This cause coming on to be heard, all parties having due notice and in agreement, and this Court being first fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff, Urb, Inc./Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski shall submit their respective answer or other response to the First Amended Third-Party Complaint by <u>July 17, 2008</u>.

2. Defendants StartRehab, Inc., Robert Bingham, and Gregory Bingham/Third-Party Plaintiffs Pioneer Services, LLC and 7303 Incorporated d/b/a StartRehab, Inc. shall submit their respective response, if any is required, by <u>August 7, 2008</u>.

3. Plaintiff, Urb, Inc./Third-Party Defendants Urb, Inc., XEZ, Inc. and Anthony Urbanowski shall submit their respective replies or other responses by <u>August 29, 2008</u>.

4. The Parties to appear for status on Thursday, September 4, 2008.

So ordered this ___ Day of June, 2008:

Enter: JUDGE JOAN B. GOTTSCHALL

JUL 03 2008