**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

URB Inc

                Plaintiff,

v.                                       Case No.: 1:08−cv−00582
                                          Honorable Joan B. Gottschall

Startrehab Inc, et al.

                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Geraldine Soat Brown for the purpose of holding a settlement conference. (slb, )Mailed notice.


Dated: September 4, 2008

                                                                    /s/ Joan B. Gottschall

                                                                United States District Judge