UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

URB Inc
                          Plaintiff,

v.                                              Case No.: 1:08−cv−00582
                                                        Honorable Joan B. Gottschall

Startrehab Inc, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 12, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held. Settlement conference set for 12/04/08 at 1:30 p.m. Plaintiff shall serve the settlement letter on the defendants pursuant to paragraph one of this Court's standing order for settlement conference by 10/10/08. The defendants and third party plaintiffs shall serve the responsive letter to the plaintiff's demand letter by 11/07/08. Third party defendants shall serve the responsive letter to defendants' letter by 11/28/08. Following the exchange of letters, counsel for the parties shall have a telephone conference to see whether this case can settle on the basis of the letters. If the case cannot be settled on the basis of the letters, counsel for the plaintiff shall fax or deliver copies of the parties' settlement letters to this Court's courtroom deputy by noon on 11/26/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.