# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| URB, INC. | )<br>) |
| Plaintiff, | )<br>) Case No. 08 C 582 |
| v. | )<br>) Judge Joan B. Gottschall |
| STARTREHAB, INC., ROBERT BINGHAM and GREGORY BINGHAM, individually, | )<br>) Magistrate Judge Geraldine Soat Brown<br>)<br>) |
| Defendants. | )<br>) |
| PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/ STARTREHAB, INC. | )<br>)<br>) |
| Third-Party Plaintiffs, | )<br>) |
| v. | )<br>) |
| URB, INC., XEZ, INC. and ANTHONY URBANOWSKI, | )<br>) |
| Third-Party Defendants. | ) |

## AGREED ORDER

This cause coming on to be heard, all parties having due notice and in agreement, and this Court being first fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The remaining schedule for the completing the pre-settlement exchange of letters shall be as follows: 1) Defendants/Third Party Plaintiffs shall serve their demand letter/response to Plaintiff's settlement demand letter on counsel for Plaintiff/Third Party Defendants no later than November 17, 2008; 2)Third Party Defendants shall serve their response to Third Party Plaintiffs' demand letter no later than December 5, 2008; and 3) counsel for Plaintiff shall

deliver or fax to the Court a copy of the complete settlement letter exchange package no later than Monday, December 8, 2008. The Settlement Conference date and time of Monday, December 15, 2008 at 1:30 pm remains unchanged.

Ordered this 6 day of November, 2008:

| | |
|---|---|
| URB, INC., XEZ, INC., and ANTHONY URBANOWSKI | STARTREHAB, GREGORY BINGHAM, & ROBERT BINGHAM, PIONEER SERVICES, LLC and 7303 INCORPORATED d/b/a/STARTREHAB, INC. |
| By: /s/ Marla R. Shade<br>Attorney for Plaintiff/Third-Party Defendants | By: /s/ Catherine Simmons-Gill<br>Attorney for Defendants/Third-Party Plaintiffs |
| William E. Meyer, Jr.<br>Marla R. Shade<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, Illinois 60606<br>(312) 258-5500 (telephone)<br>(312) 258-5600 (fax)<br>wmeyer@schiffhardin.com<br>mshade@schiffhardin.com | Catherine Simmons-Gill, Esq.<br>221 North LaSalle Street<br>Suite 2036<br>Chicago Illinois 60601<br>312-609-6611 (telephone)<br>312-609-6610 (fax)<br>simmonsgill@gmail.com |

Enter: MAGISTRATE JUDGE SOAT BROWN

U.S. DISTRICT COURT
2008 NOV -6 PM 4:57
FILED